Case: 1:22−cv−03302 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 10/27/2022
Description: Pro Se Gen. Civ (F−DECK)

No. _____

# In The United States District Court for the District of Columbia

THE EXCELLENT THE EXCELLENT RAJ K. PATEL,
from all capacities,

*Plaintiff*

v.

THE UNITED STATES, SECRETARY ALEJANDRO MAYORKAS, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants.*

PENDING CIVIL ACTION

*PRO SE* **COMPLAINT**

T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
rajp2010@gmail.com
www.rajpatel.live
317-450-6651

**RECEIVED**

OCT 27 2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

October 27, 2022

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, *Plaintiff* <br><br> v. <br><br> THE UNITED STATES, SECRETARY ANTHONY BLINKEN, and UNITED STATES CITI-ZENSHIP AND IMMI-GRATION SERVICES, <br><br>*Defendants* | No. _____ <br><br> Dated: October 27, 2022 <br><br> JURY TRIAL DEMANDED |

### *PRO SE* COMPLAINT

I, T.E., T.E Raj K. Patel (*pro se*), respectfully move this United States District Court for the District of Columbia to find the current family immigration policy as unconstitutional for not distinguishing between natural-born and naturalized citizens of the United States; the former group of citizens, the natural-born, are precedence to naturalized citizens and devolve authority to form the state and federal government under the United States Constitution. In other words, the Founders of Our Country wanted all new immigrants to be approved by the next closest of kin, and when tied by the most powerful next closest of kin, who is a natural born under the United States Constitution. In order for a person to become a naturalized citizen, they must swear an oath of allegiance to the Government of the United States Constitution, which is formed by and for the natural-born citizens of the United States. Under the current regime, naturalized citizens may practice and unconstitutionally overpower natural-born citizens in State matters. The same is true in families with children who are natural born Americans and whose parents are naturalized citizens. The United States must redo its immigration policy.

1

## PARTIES

PLAINTIFF: CITIZEN OF INDIANA & NATURAL-BORN AMERICAN.

**Raj Patel**
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651
raj@rajpatel.live
rajp2010@gmail.com


DEFENDANT, UNITED STATES GOVERNMENT:

**The United States**
**Matthew M. Graves, U.S. Attorney**
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
Matthew.M.Graves@usdoj.gov

**THE HONORABLE ALEJANDRO MAYORKAS**
Secretary of Homeland Security
Department of Homeland Security
MS 0525
2707 Martin Luther King Jr Ave SE
Washington, DC 20528
ogc@hq.dhs.gov

**Ur Mendoza Jaddou, USCIS District Director**
**United States Citizenship and Immigration Services**
Department of Homeland Security
2675 Prosperity Avenue
MS2480
Fairfax, VA 20598
public.engagement@uscis.dhs.gov
Washington-District-RA@uscis.dhs.gov

## SUBJECT-MATTER JURISDICTION

Federal Question. United States Government is a Defendant.

## WELL-PLEADED COMPLAINT STANDARDS

"[A] *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

## SUBSTANTIVE DUE PROCESS & PRIVILEGES AND IMMUNITIES CLAUSE

I use my Constitutional Privileges, honors, and rights of knowing from my undergraduate and law school, juris doctor candidacy, educations, and political offices and from reading law outside of formal schooling for the writing and discussions, arguments, and motions for the filings in the case-at-hand. *See* Compl., Certificate of Interest. *Hollingsworth v. Perry*, 133 S. Ct. 2652, 2667, 2670-72 (U.S. 2013) ("unique legal status").

Substantive Due Process and the Privileges and Immunities Clause both require my complaint and statements and evidence to be weighed in my favor. *Dobbs v. Jackson Women's Health Organization*, No. 19-1392 * 14-15 (U.S. Jun. 24, 2022) (as applied to the Fifth Amendment's Due Process Clause, the original Privileges and Immunities Clause, and "Liberty" referred in U.S. const. art. VI, § 1 (Decl. of Indep. (1776))[1]. *Dobbs*, No. 19-1392 * 4 ("To answer that question, we would need to decide important antecedent questions, including whether the Privileges or Immunities Clause protects *any* rights that are not enumerated in the Constitution and, if so, how to identify those rights."). *Dobbs*, No. 19-1392 * 6 ("For instance, in *Dred Scott v. Sandford,* 19 How. 393 (1857), the Court invoked

---

1. *Dobbs*, No. 19-1392 * 14-15 ("In interpreting what is meant by the Fourteenth Amendment's reference to "liberty," we must guard against the natural human tendency to confuse what that Amendment protects with our own ardent views about the liberty that Americans should enjoy. That is why the Court has long been "reluctant" to recognize rights that are not mentioned in the Constitution. *Collins v. Harker Heights,* 503 U.S. 115, 125 (1992). "Substantive due process has at times been a treacherous field for this Court," *Moore v. East Cleveland,* 431 U.S. 494, 503 (1977) (plurality opinion), and it has sometimes led the Court to usurp authority that the Constitution entrusts to the people's elected representatives. See *Regents of Univ. of Mich. v. Ewing,* 474 U.S. 214, 225-226 (1985). As the Court cautioned in *Glucksberg,* "[w]e must . . . exercise the utmost care whenever we are asked to break new ground in this field, lest the liberty protected by the Due Process Clause be subtly transformed into the policy preferences of the Members of this Court." 521 U.S., at 720 (internal quotation marks and citation omitted). On occasion, when the Court has ignored the "[appropriate limits" imposed by "'respect for the teachings of history,'" *Moore,* 431 U.S., at 503 (plurality opinion), it has fallen into the freewheeling judicial policymaking that characterized discredited decisions such as *Lochner v. New York,* 198 U.S. 45 (1905). The Court must not fall prey to such an unprincipled approach. Instead, guided by the history and tradition that map the essential components of our Nation's concept of ordered liberty, we must ask what the *Fourteenth Amendment* means by the term "liberty." When we engage in that inquiry in the present case, the clear answer is that the Fourteenth Amendment does not protect the right to an abortion.").

3

a species of substantive due process to announce that Congress was powerless to emancipate slaves brought into the federal territories."). *See* Madison, Monday, June 18, in Committee of the whole, on the propositions of Mr. Patterson & Mr. Randolph, *The Records of the Federal Convention of 1787*, vol. 1, pp. 285-291, New Haven: Yale U. Press, 1911, Edited by Max Farrand, https://oll.libertyfund.org/title/farrand-the-records-of-the-federal-convention-of-1787-vol-1#lf0544-01_head_163; Madison, Monday, June 25, in Convention, *The Records of the Federal Convention of 1787*, vol. 1, pp. 398-405, New Haven: Yale U. Press, 1911, Edited by Max Farrand, https://oll.libertyfund.org/title/farrand-the-records-of-the-federal-convention-of-1787-vol-1#lf0544-01_head_210; Yates, Monday, June 25, in Convention, *The Records of the Federal Convention of 1787*, vol. 1, pp. 410-416, New Haven: Yale U. Press, 1911. Edited by Max Farrand, https://oll.libertyfund.org/title/farrand-the-records-of-the-federal-convention-of-1787-vol-1#lf0544-01_head_211. The case is a part of State affairs from each of my capacities working alone and together in permutations. *Poindexter v. Greenhow*, 114 U.S. 270, 290 (1884) ("the distinction between the government of a State and the State itself is important, and [shall] be observed.") (underline added); *Id.* at 290 ("in common speech,…to say *"L'État c'est moi.""*); *see also* United States Order of Precedence by the Office of the Chief of Protocol of the United States Dep't of State, https://www.state.gov/wp-content/uploads/2022/02/United-States-Order-of-Precedence-February-2022.pdf (revised Feb. 11, 2022) (elaboration on the Privileges and Immunities Clause, U.S. const. art. IV, § 2) (all T.E.'s ranks above "1. The President of the United States"; thus, T.E. T.E. Raj K. Patel ranks above "1. The President of the United States"); *Maine Cmty. Health Options v. United States*, 140 S. Ct. 1308, 1334 (Alito, J., dissenting) (internal citations omitted) ("federal common law" has unique interests); Federalist 80 ("It may be esteemed the basis of the Union, that "the citizens of each State shall be entitled to all the privileges and immunities of

4

citizens of the several States." And if it be a just principle that every government OUGHT TO POSSESS THE MEANS OF EXECUTING ITS OWN PROVISIONS BY ITS OWN AUTHORITY."); and *compare* U.S. const. art. IV, §§ 1-2; *with* U.S. const. art. VI, § 1 referring to Articles of Confederation (1781), art. IV, paras. 1 & 3 ("The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union [i.e., Doctrine of Comity in U.S. const. art. IV, § 2], the free inhabitants of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;…provided also that no imposition, duties or restriction shall be laid by any State, on the property of the United States, or either of them." // "Full faith and credit shall be given in each of these States to the records, acts, and judicial proceedings of the courts and magistrates of every other State.") (("magistrates" replaced with "citizen") (*see* Dkt. 21 at 13) (*see also Patel v. United States*, No. 1:21-cv-02004-LAS (Fed. Cl. 2022), Dkt. 1 at 9-10 n. 6)). *See e.g., Vosburg v. Putney*, 80 Wis. 523, 527-528, 50 N.W. 403 (Wisc. 1891) ("But it appears that the injury was inflicted in the school, after it had been called to order by the teacher, and after the regular exercises of the school had commenced. Under these circumstances, no implied license to do the act complained of existed, and such act was a violation of the order and decorum of the school, and necessarily unlawful.  Hence, we are of the opinion that, under the evidence and verdict, the action may be sustained."). *Corfield v. Coryell*, 6 Fed. Cas. 546, 552 (C.C.E.D.Pa. 1823) ("Protection by the government") and 42 U.S.C. § 1981(a) ("to the full and equal benefit of all laws and proceedings for the security of persons"). *Gonzales v. United States*, 348 U.S. 407, 412 (1955) ("underlying concepts of procedural regularity and basic fair play").

I also use my presumptions of regularity afforded to all pure-political executives, such as me, who is a Head of at least two independent local governments which devolve

and form the United States.  *See e.g., Dep't of Comm. v. New York*, 139 S. Ct. 2551, 2578 (U.S. 2019); *Morgan v. United States*, 298 U.S. 468, 478, 480-81 (U.S. 1936); and *United States v. Armstrong*, 517 U.S. 456, 464 (U.S. 1996).  *See also Swann v. Adams*, 385 U.S. 440, 447 (U.S. 1967); *Kelly v. United States*, 826 F.2d 1049, 1053 (Fed. Cir. 1987); *Palantir USG, Inc. v. United States*, 904 F.3d 980, 995 (Fed. Cir. 2018); *Carey Indus. v. United States*, 614 F.2d 734, 736 (Fed. Cir. 1980); *Voge v. United States*, 844 F.2d 776, 784 (Fed. Cir. 1988) (State affairs include Military and Nat'l Security); and *Richey v. United States*, 322 F.3d 1317, 1323 & 1327 (Fed. Cir. 2003) (presumption must be rebutted by records evidence suggesting that the executive's decision is arbitrary and capricious).  *Rubin v. United States*, 525 U.S. 990, 990-91 (U.S. 1998) (Breyer, J., dissenting from denial of certiorari) ("The physical security of [an honorable or an excellent] has a special legal role to play in our constitutional system."). *Id.* at 995 (but for privileges, there would be a loss of trust in enforcement). U.S. const. art. IV, §§ 1-2; *but cf. Wood v. Moss*, No. 13-115, p. 5 & 16, 134 S. Ct. 2056, 2059, 2064 & 2066-67, 572 U.S. 744 (2014) ("substantive content" of the message, including political, is evaluated when there is a security risk of an elected or appointed official and that immunity applies for law enforcement, such as Secret Service, for limiting speech); and *Cnty. of Sacramento v. Lewis*, 523 U.S. 833, 847 (1998) (not Fair Play "when Conscience-shocking behavior is 'so `brutal' and `offensive' that it [does] not comport with traditional ideas of fair play and decency.'"). *United States v. Arthrex, Inc.*, No. 19-1434 * 23, 594 U.S. ___ (U.S. 2021) (State powers are vested in all branches of gov't, although is a political power exercised by the Head of State).  *See also Trump v. USA*, No. 9:22-cv-81294-AMC (S.D. Fla. 202_) (explaining presumptions of regularity in).

## STATEMENT OF FACTS

I. The current United States Government was formed by the natural born Americans in 1789.

6

II. As a matter of State affairs, the Founders distinguished between natural born citizens and naturalized citizens. Only a natural born citizen of the United States Constitution can become President of the United States and the Head of State and Head of Government.

III. Overall, natural born persons outrank naturalized persons.

    A. The Preamble shows that the Constitution is intended to create a discriminate civilization with a Posterity, of natural-born persons.

    B. The Privileges and Immunities Clause creates a hierarchy between naturalized and natural born persons.

        1. The Clause implies it is a Privilege to be a natural-born American, a Privilege to know each other, and a Privilege to receive the Protection of the United States Government.

        2. The Privileges and Immunities Clause is analogous to many other clauses in contemporary constitutions of political entities which were once a part of the British Empire.

    C. The Constitution presumes that all persons are natural adversaries, including natural born persons versus naturalized persons.

IV. Currently, any naturalized person can sponsor a family member to enter the United States and become a United States citizen.

V. The President, Secretary Blinken, Secretary Mayorkas, or the United States Citizenship and Immigration Services are not kings and run a government in the name of natural-born Americans.

    A. Secretary Blinken manages State documents of the United States for protocol of state affairs.

    B. No person is a regent or binding decision maker of a natural-born person.

7

    C. Sloppy immigration policy caused the United States to put in charge then-General Eisenhower to execute the enemies and/or next of kin natural-born Americans.

    D. Genomics and advance biology technology will aid the natural born American and their Government a Safe and Happy nation, by altering, modifying, and updating immigration policy.

    E. New family immigration policy should require the approval, even after a sponsorship, of the next natural-born American of kin, who is most likely a relative of the sponsor.

VI. All Governments of the United States must respect "life, liberty, and the pursuit of happiness," per of Independence Agreement with the King of Great Britain (1783). U.S. const. art. VI, § 1.

    A. Allow new persons to enter the Union effects the nature and elements of Life, especially for the natural-born kins, including religious and civic demands and self-worth, identity, and personality. *See also* Arts. 22 of the United Nations Decl. of Hum. Rts.

    B. Current family immigration can also affect the Liberties of natural-born persons and the penumbras of the Monroe Doctrine, as it no secret or necessary for a full scientific inquiry that naturalized-immigrants do not fully give up allegiance to foreign Princes, as they practice their culture and religion after naturalization. These practices include forced mutilations, per African Dowry Culture.

    C. Current family immigration sponsorship and other immigration sponsorship sets up a scheme, artifice, or peril against natural-born United States citizens to make resources of the sponsor, who is a naturalized-American,

8

rivalrous with the sponsored persons, even though the Privileges and Immunities Clause makes it precedent for the natural-born American to use the resources of the naturalized American over the sponsored kin. In other words, parents, who are usually naturalized Americans and the sponsor of family members and kin, are using their resources and time and creating undue risk against their kids, who are usually natural-born Americans. This bad, uncivilized, and unconstitutional behavior also creates avoidable social risks under the guise of multiculturalism, to prevent a diverse, constitutionalized State of the United States.

D. Local law enforcement is simply not equipped to deal with difficult immigration integration, including in child rearing complexes and advance tech-discrimination and unconstitutional community-creating efforts. Law enforcement uses the same methods as with gangs, by giving them some territorial or subject-matters rights/powers, including over natural-born person from naturalized-persons. The Federal Sovereign must be cognizant of these goals, and only a natural-born American, after reaching the age of maturity, should be allowed to sway the United States on who should be allowed into the Homeland.

E. Under the same clause, Justices of the United States Supreme Court must give up their religious tradition of Roman Catholicism as the Holy See is a theocracy, regardless of the no religious test doctrine, as Protection of the Washington, D.C. can become rivalrous with the Vatican.

VII. Based on the current quotas, immigration policy is racist and intended to create a more anxious and un-'civil[]" National and State environment for Indo-Europeans and other not-whites, which is repugnant to 42 U.S.C. § 1981 ("to the full and equal

9

|       |                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | benefit of all laws and proceedings for the security of persons…as is enjoyed by white citizens, and shall be subject to like…exactions of every kind, and to no other."). *See also* Arts. 3, 7, 12, 15, 16(3), & 22 of the United Nations Decl. of Hum. Rts. |
| VIII. | The policy should be extended to anchor babies, as many Mexican citizens were social outcasts of Mexico City and unable to use the currency in Mexico. |
| IX.   | The policy should be extended to asylum seekers and spouses of marriage. *Cf.* Marriage fraud. |
| X.    | Immigration policy is a check on the foreign direct investments which happen in local governments and United States educational institutions, which might not only create micro-colonization but unconstitutionally foster a rivalrous culture. |
| XI.   | The Old World is full of sub-societies and social contracts which are appeased or rivalrous to the law of Presidentially recognized allies and sovereign and hegemon over those political boundaries and nations, and the Founders intended that natural-born Americans would be Free from those contracts; and, in order to ensure this Guarantee, after Independence, the Founders intended that only natural-born Americans would permit entry into the United States. |

  A. The Founding Generation had zero non-natural born Americans who voted.
  B. The Founders, scientific and state leaders, respected the purity of the Constitution and wanted to keep foreign cultures out of its boundaries, such as the Aliens and Seditions Act, but allowed its natural-born citizens to sponsor those who they trusted based on their desire to want Freedom.
  C. The Constitution has not been amended in relevant part since Ratification.

XII.     I do bring substantive due process and State affairs into the prosecution of this civil action, and my presumption of regularity.

XIII.     Currently, naturalized-citizens of the United States violate my stipulation of facts and policy. Plus, there are people of my kin waiting to be admitted to the United States.

XIV.     This complaint to this Federal Washington D.C. District Court follows.

## CLAIMS

All paragraphs from above are incorporated into this section. All of the following claims may be read together, in groups, or individually and each permutation.

CLAIM 1.     **Privileges &/or Immunities Clause(s)** - While Congress has the power to control immigration policy, it cannot challenge the Privileges and Immunities Clause of the United States Constitution extended to Natural Born Americans.

    a. Sponsorship process is unconstitutional.

    b. The Department must reform its immigration policy.

    c. U.S. const. art. IV, § 2.

    d. U.S. const. amend. XIV, § 1, cl. 2.

    e. An express statute or an Act of Congress is not required for executive or judicial officers and judges to discharge their duties under the Privileges and Immunities Clause. *In re Neagle*, 135 U.S. 1, 2 & 98-99 (1890). *See Corfield*, 6 F. Cas. 546, 4 Wash.C.C. 371, No. 3230 (C.C.E.D. Pa. 1823) (a list of duties, including Protecting each citizen from the whole and right to sue). *Marbury v. Madison*, 5 U.S. 137, 167 (1803) (judiciary has a right to issue writ of mandamus to President).

    f. Relief: 42 U.S.C. § 1981; stay immigration files.

11

CLAIM 2. **42 U.S.C. § 1981** - Under current quotas, the immigration policy is more favorable to whites as it does not give the same exaction-appropriation than it does to all other color groups.

    a. Make immigration policy obliging to this statute, through court of orders, including stays, for numbers greater than immigrants from Western Europe.

    b. U.S. const. art. IV, § 2.

    c. U.S. const. amend. XIV, § 1, cl. 2.

    d. Relief: 42 U.S.C. § 1981; stay immigration files; instill court orders for quotas.

CLAIM 3. **President's Vested Powers & Take Care Clause -** The President must respect the promulgation of the will of the natural-born Americans in immigration-State matters, as it will change the make-up of the Posterity and quality of Life.

    a. The President of the United States has not faithfully executed immigration policy, as the powers which check Congress's immigration powers, in protecting the Constitution and the Homeland.

    b. Relief: 42 U.S.C. § 1981; stay immigration files.

CLAIM 4. **Preamble -** The Preamble shows that limits of the powers granted to the Federal Government are to extend the Law of the Social Contract to those similar-in-law or Posterity-in-law to the Ratifiers and Delegates, all natural-born Americans, of the United States Constitution and Federal Convention.

    a. The Preamble shows what one of the greatest Privileges of the Social Contract is, one which the President and the Government must keep from becoming excludable and rivalrous.

    b. Relief: 42 U.S.C. § 1981; stay immigration files.

CLAIM 5.   **U.S. const. art. IV, § 1** - The Declaration of Independence (1776) has been violated as well as the Treaty of Paris (1783) which promises to make Safety, Happiness, and Life non-rivalrous and non-excludable.

   a. Current United Nations treaties and jurisprudence and salient political dialogue makes family and socializing and kinship a part of Life, personality, and identity, which are all federally protected via statute, treaty, and Constitution.

   b. Relief: 42 U.S.C. § 1981; stay immigration files.

CLAIM 6.   **Federal R.F.R.A., 42 U.S.C. § 2000bb** *et seq.* - Even if immigration is a compelling governmental interest, it is not the least restrictive means, as the religious traditions make Goodness not only adversarial but rivalrous and the attainment of Freedom and become a King, the favored religious subject, the game. Thus, natural born Americans should get to choose which of their kins or family they want to sponsor. Only when a scientific inquiry does not burden the natural borns' religion, is immigration valid.

   a. The Church and State are two different worlds. For instance, Hindu religion is about the best, including against all kin and family members, including in living a quality of life; in fact, all Indian religions have become Sanskirtized to this subject matter, as seen by the Taj Mahal, a Wonder of the World.

   b. While the Government has interest in satisfying the vision of State actors, such as me, it must prove why my kin or family member is irreplaceable in attaining that goal.

   c. The Constitution wishes to prevent the erection of monarchy or its elements and having a diversify national genome is one way to do so. Naturalized

13

      persons use the right of sponsor to honor Old World contracts and sub-societies, which those contracts and sub-societies also consider the natural-born American (offspring of the naturalized persons), a part of those commitments. Religiously and stately speaking, the decision to breach those commitments should be left up to the natural born, with regards to the subject matter of sponsoring immigrations.

    d. Relief: 42 U.S.C. § 2000bb-1(c) & § 2000bb–3(c); stay immigration files.

## DEMAND FOR RELIEF

WHEREFORE, The Excellent, The Excellent Raj K. Patel, with the interest further decency within our Nation and upholding our Constitution, asks this Federal Court to enter judgement in His Excellency, His Excellency's favor and grant either all or some of the following relief:

1. Relief described in the claims section above.
2. Hold all immigration files of my kin, until the resolution of this case.
3. This case can become a class action, but is not necessary.
4. Other remedies which the court might deem fit.

                        Respectfully submitted,

                        /s/ Raj K. Patel
                        T.E., T.E. Raj K. Patel (*pro se*)
                        6850 East 21st Street
                        Indianapolis, IN 46219
                        Marion County
                        317-450-6651 (cell)
                        rajp2010@gmail.com
                        www.rajpatel.live

                        J.D. Candidate, Notre Dame L. Sch. 2015-2017

President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)

Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

**CERTIFICATE OF INTEREST**

I, THE EXCELLENT, THE EXCELLENT Raj K. Patel (pro se), am appearing without counsel, like I did in the courts below. Giving Full Faith to the United States Constitution, I use the Authority of my omnipresent Styles and Office in these proceedings into which I avail myself. U.S. const. art. IV, § 1 & amend. XIV, & art. VI, § 1 referring to the Treaty of Paris (1783) & Paris Peace Treaty – Cong. Proclamation of Jan. 14, 1784.

I have completed five (5) out of the six (6) semesters of my juris dr. candidacy at the U. of Notre Dame L. Sch. in South Bend, IN., where I was enrolled from August 2015 to November 2017, and I have completed sixty-eight (68) out of the ninety (90) credit hours for a juris dr. candidacy at the Notre Dame L. Sch.

Such, I have completed the minimum number of credit hours required by the accrediting Am. B. Ass'n ("A.B.A.") to allow a law school to accredit me a juris dr. degree.

Amongst the grades in my juris dr. academic courses I received at the Notre Dame L. Sch., I received an A-/A in contracts law, an A-/A in civil procedure, and a B/A in constitutional law, while under Weapon S. In the summer of 2016, I worked as summer associate with the City of Atlanta Law Department in Atlanta, GA. In the summer of 2017, I worked as a summer associate at Barnes & Thornburg LLP in Indianapolis, IN.

And, I hold a Bachelor of Arts in Poli. Sci. and *cum laude* in Religion from Emory U., Inc. of Atlanta, Georgia, and I attended both Oxford College and Emory College, and graduated, in 2014, with a 3.718/4.0 grade point average with no pass/fail grades.

Emory U., Inc. is ranked as a top-20 or top-25 *U.S. News* Tier 1 best national university, and the Notre Dame L. Sch. is ranked as a *U.S. News* Top 25 best law school in the United States.

I was Student Body President of the Brownsburg Cmty. Sch. Corp. from 2009-2010 and Student Body President of Emory U., Inc. from 2013-2014. I was also the Notre Dame L. Sch. Student B. Ass'n Rep. to the Ind. State B. Ass'n from September 2017 to November 2017. All jurisdictions are "local" and with an "international" constituency.

Each time I was elected Student Body President, I attained thenceforth omnipresent Styles ("THE EXCELLENT" for each election) which are protected by both the Privileges & Immunities Clause and Privileges or Immunities Clause of the United States Constitution. U.S. const. art. IV, § 2, cl. 1 & amend. XIV, § 1, cl. 2. *See generally* Federalist 80 & *Printz v. United States*, 521 U.S. 898, 918 (1997) quoting *Principality of Monaco v. Mississippi*, 292 U.S. 313, 322 (1934).

I have not received legal advice or counsel from anyone else for this case.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing *Pro Se* Complaint on 10/27/2022 to below individuals via the Clerk of Court and e-mail:

**The United States**
**Matthew M. Graves, U.S. Attorney**
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
Matthew.M.Graves@usdoj.gov

**THE HONORABLE ALEJANDRO MAYORKAS**
Secretary of Homeland Security
Department of Homeland Security
MS 0525
2707 Martin Luther King Jr Ave SE
Washington, DC 20528
ogc@hq.dhs.gov

**Ur Mendoza Jaddou, USCIS District Director**
**United States Citizenship and Immigration Services**
Department of Homeland Security
2675 Prosperity Avenue
MS2480
Fairfax, VA 20598
public.engagement@uscis.dhs.gov
Washington-District-RA@uscis.dhs.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: October 27, 2022

17